## Cohely *et al. v.* The State.

APPEAL from the Calhoun Circuit Court.
Tried before the Hon. JOHN PELHAM.

J. H. and T. P. SAVAGE, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appeal in this case was taken from a judgment of the circuit court overruling a motion of the appellants to set aside a final judgment which had been rendered against them as sureties on the appearance bond

of George Cohely, who was indicted for gaming, and who had forfeited his bail bond.

In October, 1898, during his trial upon an indictment, the defendant disappeared, and he failing to return to court, a mistrial was entered and judgment *nisi* was rendered against the obligors on his bail bond and *sci. fa.* thereon was served on said obligors in March, 1899. In February, 1899, the defendant having been rearrested gave a new bond. On November 7, 1899, his original case was called for trial and he made a second default. On the same day a judgment final was rendered on the first bond. These proceedings appear from the record proper.

The court holds that in these proceedings there was no error, and that the bail bond, being conditioned as the statute requires, had the effect to bind the defendant to appear at the first day of the next term and "from day to day of such term and from term to term thereafter," until discharged by law.—Code, § 4369.

It is further held that the mere fact that the defendant appeared and entered on the trial was neither the fulfillment of either of the terms of the bond, nor did it answer the requirements of the statute, and that his escape before the trial was completed authorized the forfeiture.—*Hawk v. State*, 84 Ala. 466; *Cook v. State*, 91 Ala. 53.

The judgment appealed from is affirmed.

Opinion by SHARPE, J.